(87 South. 706)

### REAVES v. STATE. (6 Div. 132.)

(Supreme Court of Alabama. Nov. 11, 1920.)

Certiorari to Court of Appeals.

Manuel Reaves was convicted of murder in the second degree, and he appealed to the Court of Civil Appeals, which affirmed the judgment (87 South. 705), and he brings certiorari. Writ denied.

W. T. Stewart, of Birmingham, for appellant. J. Q. Smith, Atty. Gen., for the State.

SOMERVILLE, J. Petition of Manuel Reaves for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the appeal in Reaves v. State, 87 South. 705.

Writ denied.